# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0081
_____

LARON A. MINGO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Dixie County.
Fred Koberlein, Jr., Judge.


May 19, 2026

PER CURIAM.

    DISMISSED as untimely filed.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Laron A. Mingo, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.